John E. Virga, Esq.  (State Bar # 39451)
JOHN E. VIRGA, INC.
A Professional Corporation
721 Eleventh Street
Sacramento, CA  95814
Telephone:  (916) 444-6595
Facsimile:   (916) 444-3318

Attorney for Defendant
Martin Lopez-Cortez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  CR S-08-551 WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| MARTIN LOPEZ-CORTEZ | Court:  Hon. William B. Shubb<br>Time:   8:30 a.m. |
| Defendant. _____/ | Date:   February 23, 2009 |

       Defendant Martin Lopez-Cortez and his former attorney, Alexandra P. Negin, Assistant Federal Defender, signed defendant's approval to institute a pre-sentence investigation before conviction or plea of guilty on December 2, 2008.  Thereafter, defendant Martin Lopez-Cortez retained private counsel John E. Virga, Esq. to represent him in the above-entitled case.  A Substitution of Attorney and [Proposed] Order is being filed with the court on February 20, 2009.

       John E. Virga, Esq., newly retained defense counsel, commenced a jury trial of a multiple-defendants felony criminal case on February 4, 2009, in Department 24 of the Sacramento Superior Court, People v. Christopher Barajas, et al.,  Case No. 08F01894 [Christopher Barajas is in custody in the Sacramento County Jail], the Honorable Stacy Boulware Eurie presiding judge, which is scheduled to continue on February 23, 2009, at 8:30 a.m.   Therefore counsel John E. Virga will be unable to attend the Status Conference scheduled in the above-entitled matter on February 23, 2009, at 8:30 a.m.  The Government

and defense have agreed to exclude time under **Local Code T-4 and Title U.S.C. section 3161(h)(8)(B)(iv)**. The parties request that the Status Conference be continued until April 13, 2009, to allow newly retained private counsel John E. Virga to be present at the Status Conference. We have confirmed this date is available with the Court.

Dated: February 23, 2009                         Respectfully submitted,

/s/
JOHN E. VIRGA, Attorney for Defendant
Martin Lopez-Cortez

Dated: February 23, 2009

/s/
DANIEL S. McCONKIE JR.
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Status Conference currently scheduled for February 23, 2009, at 8:30 a.m. is VACATED, and continued until April 13, 2009 at 8:30 a.m. for Status Conference. The parties are reminded that the timing of plea and judgment is a factor to be considered in whether any case is to be accorded the benefits of "fast track" disposition.

Dated: February 20, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE